UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RE: ALAN L LINDNER | ) Case No. 17 B 20494 |
| | ) |
| Debtor | ) Chapter 13 |
| | ) |
| | ) Judge: DONALD R CASSLING |

### NOTICE OF MOTION

ALAN L LINDNER                                                   DAVID M SIEGEL
                                                                via Clerk's ECF noticing procedures

6406 JOLIET RD #218
COUNTRYSIDE, IL 60525

Please take notice that on September 17, 2020 at  9:15 am., I will appear before the Honorable Judge
DONALD R CASSLING or any judge sitting in the judge's place, present the motion set forth below.

**This motion will be presented and heard telephonically.** No personal appearance in court is necessary or
permitted. To appear and be heard telephonically on the motion, you must set up and use an account with
Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court
Solutions at (917) 746-7476.

**If you object to this motion** and want it called on the presentment date above, you must
file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is
timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the
court may grant the motion in advance without a hearing.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons
named above by U.S. mail at  55 E Monroe St., Chicago, Il 60603 or by the methods indicated on August
28, 2020.

/s/ Tom Vaughn

### TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO TURNOVER
### TAX RETURN TO TRUSTEE

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in
support thereof states:

1.  On July 10, 2017 the Debtor filed a petition and/or plan under Chapter 13 of Title 11 U.S.C.

2.  The debtor's plan confirmed on  August 24, 2017,  provided for tax returns to be
    turned  over to the trustee each year.

3.  The trustee has not received the tax return or transcript for 2019.

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtor with respect
to a term of a confirmed plan, pursuant to § 1307 (c) (6).

Respectfully submitted,

TOM VAUGHN
CHAPTER 13 TRUSTEE                                               /s/ Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900